# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 770 MAL 2015

                  Respondent            :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

           v.                      :

                                   :

AKIM PIERRE,                        :

                  Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.